UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER KOSLINSKI,

    Plaintiff,

v.                                                     Case No. 1:11-cv-1233
                                                     Hon. Hugh W. Brenneman, Jr.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

The decision of the Commissioner is reversed pursuant to sentence four of 42 U.S.C. § 405(g) and the case is remanded to the Commissioner for further proceedings as outlined in the Opinion.

**IT IS SO ORDERED.**


Dated: March 28, 2013                                  /s/ Hugh W. Brenneman, Jr.
                                                              HUGH W. BRENNEMAN, JR.
                                                              United States Magistrate Judge